IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER MARKUS KUTTKE,<br><br>*Defendant.* | Criminal No. 1:24-CR-245<br><br>Count 1: 18 U.S.C. § 2252(a)(2) & (b)(1)<br>Receipt of Child Pornography |

**INDICTMENT**

November 2024 Term at Alexandria, Virginia

**COUNT ONE**
**(Receipt of Child Pornography)**

THE GRAND JURY CHARGES THAT:

On or about and between March 9, 2014 and December 1, 2023, in the Eastern District of Virginia, the defendant, **PETER MARKUS KUTTKE**, did knowingly receive and attempt to receive any visual depiction, using a means and facility of interstate and foreign commerce, and which visual depiction(s) had been transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction(s) involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct.

(All in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).)

1

## **FORFEITURE NOTICE**

THE GRAND JURY FURTHER FINDS THAT:

The defendant, PETER MARKUS KUTTKE, is hereby notified, pursuant to 18 U.S.C. § 2253(a), that upon conviction of any Count in this Indictment, he shall forfeit to the United States: (1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any and all matter that contain any such visual depiction, which was produced, transported, mailed, shipped, and received in violation of this chapter; (2) any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from such offenses; and (3) any property, real and personal, used and intended to be used to commit and to promote the commission of the offense, and any property traceable to such property. This property includes, but is not limited to:

(1) Lenovo ThinkPad 470s Laptop with 500gb Hard Drive (serial number PCOTRLK6) and

(1) Synology NAS with 5 Western Digital 4TB HDD.

Pursuant to 21 U.S.C. § 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendant's, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, U.S. Code, Section 2253; Title 21 U.S. Code, Section 853(p); and Fed. R. Crim. P. 32.2.)

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
Foreperson of the Grand Jury

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Alessandra P. Serano
Assistant United States Attorney