# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Hon. Rossie D. Alston, Jr.

City:
Superseding Indictment:
**Criminal No.** 1:24-CR-245

County:
Same Defendant:
**New Defendant:** X

Magistrate Judge Case No.:
**Arraignment Date:**

Search Warrant Case No.:
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** PETER MARKUS KUTTKE
Alias(es):
☐ Juvenile   FBI No.:

**Address:** Reston VA 20190

**Employment:**

**Birth Date:** X/X/1975   **SSN:**   **Sex:** Male   **Race:**   **Nationality:** German

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Alessandra Serano   **Phone:** 703-299-3768   **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Homeland Security Investigations, Special Agent Richard Greene

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of Child Pornography | 1 | Felony |
| Set 2: | | | | |

Date:   AUSA Signature:   *may be continued on reverse*