AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) |
|---|---|
| v. | ) |
| PETER MARKUS KUTTKE, | ) Case No. 1:24-CR-245 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

2024 NOV 08 10:07
UNITED STATES MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PETER MARKUS KUTTKE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Reciepit of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) & (b)(1)

Date: 11/7/24

_____
*Issuing officer's signature*

Dani Zirk - Courtroom Deputy
*Printed name and title*

City and state:   Alexandria, Virginia

### Return

This warrant was received on *(date)* 11-14-24, and the person was arrested on *(date)* 11-14-24
at *(city and state)* Reston, VA.

Date: 11-14-24

_____
*Arresting officer's signature*

Rich Greene Special Agent
*Printed name and title*