TYPE OF HEARING: **Rule 5**
CASE NUMBER: **1:24-CR-245**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **11/14/2024**
TIME: **2:00 PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**PETER KUTTKE**

GOVT. ATTY: **ALESSANDRA SERANO**

DEFT'S ATTY: **W/O COUNSEL**

DUTY AFPD: **WHITNEY MINTER**

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( ✓ )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ✓ ) FPD ( ✓ ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( ✓ )

*Gov't not seeking detention. Deft placed on PR Bond w/ conditions.*

BOND **Deft remanded to the custody of the USMS until all conditions are met.**

NEXT COURT APPEARANCE **11/20/2024** TIME **11:00 AM**
**AR - RDA**

In Court Time: **24 MIN**
**2:02 - 2:26**