Date: 11/20/2024  Judge: Alston  Reporter: Harris
Time: 11:00 to 11:10

UNITED STATES of AMERICA
       Vs.

Peter Markus Kuttke      1:24-cr-245-001
Defendant's Name      Case Number

Brooke Rupert      Alessandra Serano
Counsel for Defendant      Counsel for Government

Matter called for:
( ) Motions      ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
(✓) Arraignment      ( ) Appeal from USMC      ( ) Sentencing      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.      ( ) Pre-Indictment Plea      ( ) Other:

Defendant appeared:      (✓) in person      ( ) failed to appear
                           (✓) with Counsel      ( ) without counsel      ( ) through counsel

Arraignment & Plea:
(✓) WFA    ( ) FA    ( ) PG    (✓) PNG    Trial by Jury:    (✓) Demanded    ( ) Waived

Case continued to 1/21/2025 at 9:00 (through 1/22/2025) for: (✓) Jury Trial    ( ) Bench Trial    ( ) Sentencing

Filed in open court:
( ) Criminal Information    ( ) Plea Agreement    ( ) Statement of Facts    ( ) Waiver of Indictment    (✓) Discovery Order

Joint Motion for Entry of a Protective Order – Granted, US to submit a new proposed order.

Bond Set at: $      ( ) Unsecured      ( ) Surety      ( ) Personal Recognizance
( ) Release Order Entered    ( ) Deft. Remanded    ( ) Deft. Released on Bond    (✓) Deft. Continued on Bond

Defendant is: ( ) In Custody    ( ) Summons Issued    (✓) On Bond    ( ) Warrant Issued    ( ) 1st appearance