# CURRICULUM VITAE
# RYAN MCCOLLUM
## SPECIAL AGENT / COMPUTER FORENSICS

---

### EMPLOYER

U.S. Department of Homeland Security

Homeland Security investigations

12200 Sunrise Valley Drive

Reston, VA 20191

Mobile: (571) 455-9503

Email: Ryan.McCollum@hsi.dhs.gov

Employment Date: June 2019

---

### EDUCATION

Central Michigan University

Graduation: August 2011

Degree: Bachelor of Science

Major: Community Development: Public Administration

---

### PROFESSIONAL CERTIFICATIONS

**CompTIA A+ Certification**

| | |
|---|---|
| Certification Date: | September 2022 |
| Certification Number: | COMP001022129541 |
| Certification Authority: | CompTIA |

**Certified Computer Forensics Examiner (CFCE)**

| | |
|---|---|
| Certification Date: | November 2023 |
| Vendor: | International Association of Computer Investigative Specialists (IACIS) |
| Location: | Orlando, FL |

CURRICULUM VITAE

RYAN MCCOLLUM

SPECIAL AGENT / COMPUTER FORENSICS

_____

PROFESSIONAL TRAINING

**United States Marine Corps Recruit Training**

| | |
|---|---|
| Certification Date: | March 2005 |
| Certifying Authority/Vendor: | United States Marine Corps |
| Location: | Parris Island, SC |

**School of Infantry – Infantry Rifleman's Course**

| | |
|---|---|
| Certification Date: | July 2005 |
| Certifying Authority/Vendor: | United States Marine Corps |
| Location: | Camp Lejeune, NC |

**Arlington Count Police Department Basic Training Academy**

| | |
|---|---|
| Certification Date: | June 2011 |
| Certifying Authority/Vendor: | Northern Virginia Criminal Justice Training Academy |
| Location: | NVCJTA, Ashburn, VA. |

**Criminal Investigator Training Program (CITP)**

| | |
|---|---|
| Certification Date: | June 2019 |
| Certifying Authority/Vendor: | Federal Law Enforcement Training Center |
| Location: | Federal Law Enforcement Training Center |

**HSI Special Agent Training (HSISAT)**

| | |
|---|---|
| Certification Date: | August 2021 |
| Certifying Authority/Vendor: | Federal Law Enforcement Training Center |
| Location: | Federal Law Enforcement Training Center |

# CURRICULUM VITAE
## RYAN MCCOLLUM
### SPECIAL AGENT / COMPUTER FORENSICS

PROFESSIONAL TRAINING (Continued)

**Basic Computer Evidence Recovery Training (BCERT)**

| | |
|---|---|
| Certification Date: | December 2022 |
| Certifying Authority/Vendor: | ICE Cyber Crimes Center (C3) |
| Location: | Fairfax, VA |

**Forensic Explorer**

| | |
|---|---|
| Certification Date: | November 2022 |
| Certifying Authority/Vendor: | GetData Forensics |
| Location: | Fairfax, VA |

**Magnet AXIOM Examinations (AX200)**

| | |
|---|---|
| Certification Date: | November 2022 |
| Certifying Authority/Vendor: | Magnet Forensics |
| Location: | Fairfax, VA |

**Basic Mobile Forensics**

| | |
|---|---|
| Certification Date: | December 2022 |
| Certifying Authority/Vendor: | DHS Cyber Crimes Center (C3) |
| Location: | Fairfax, VA |

**Network Intrusion First Responder**

| | |
|---|---|
| Certification Date: | April 2024 |
| Certifying Authority/Vendor: | ICE Cyber Crimes Center (C3) |
| Location: | Fairfax, VA |

___

FORENSIC EXAMINATION EXPERIENCE

Approx. Number of Forensic Examinations Conducted in Support of Criminal Cases

(December 2022 to Present): 200