IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:24-CR-00245 (RDA) |
| | ) | |
| PETER KUTTKE | ) | |
| | ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated

below for appearance before said Court at Alexandria, Virginia in United States District Court at

9:00 o'clock a.m., on the 4th day of January 21, 2025, then and there to testify on behalf of the

United States:

_____ 5 sets (10 blanks) _____

This 19th day of December 2024.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:     ___/s/_____
Alessandra Serano
Assistant United States Attorneys

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case      TSS: J Black

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

RECEIVED

| United States of America | ) |  |
| v. | ) |  |
|  | ) | Case No.   1:24-CR-00245 (RDA) |
| Peter Kuttke | ) |  |
| *Defendant* | ) |  |

2024 DEC 19  P 3: 24

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  1000 |
| | Date and Time:  January 21, 2025 at 9:00AM |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


*(SEAL)*

Date:    12/19/2024

CLERK OF COURT

COPY

_____

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____

The United States of America          , who requests this subpoena, are:

Alessandra Serano, AUSA
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700