IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:24-CR-245 |
| v. ) | |
| ) | The Honorable Rossie D. Alston, Jr. |
| PETER MARKUS KUTTKE, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF RICHARD GREENE

I, Richard Greene, declare under penalty of perjury under the laws of the United States that the following statements are true and correct to the best of my knowledge and belief:

1. I am a Special Agent with the U.S. Homeland Security Investigations ("HSI") and have been so employed since November 2021. I am currently assigned to Child Exploitation Unit of the HSI Washington, D.C. field office. I am the case agent for the above styled case.

2. On or about December 1, 2023, I assisted in the execution of a federal search warrant the Peter Kuttke's address in Reston, Virginia. I was present along with six other agents. At approximately 6:00 a.m., agents knocked on Kuttke's front door to his third story apartment and announced their presence. Mr. Kuttke answered the door and was told that agents had a search warrant.

3. Kuttke was patted down for officer safety and after a few minutes of standing outside while the agents cleared the residence for officer safety, Kuttke stated he wanted to speak with agents. He was provided two options for that discussion: either go back into the residence while the search warrant was being conducted or go downstairs to a mobile

1

interview room.  Kuttke opted for the mobile room.  Kuttke was permitted to go back inside, get his coat and shoes and came back outside.  He and I walked downstairs. Kuttke was never handcuffed or otherwise restrained at any time. I was armed but my weapon was not visible.  The photo below is a true and accurate screen shot of Kuttke and I outside the mobile interview room.[1]  Kuttke is walking behind me outside of the mobile unit.



4. Both Kuttke and I waited outside to enter the room to wait for a second officer to arrive. One of the officers who was visibly armed came down and we entered the room.  During this time, the door remained open.  A true and accurate screen shot of the video from inside the room is shown below.  I am the person standing in the upper left corner and

---

[1] Although the time stamp reads 7:16:50, the time shown was not adjusted for Daylight Savings Time meaning that this video was taken at 6:16:50 as evidenced by the fact that it was still dark outside. I called Detective Choi at the Hernon Police Department on December 16, 2024 to confirm this fact.

Kuttke is seated in the booth.



5. About a minute later, Agent Cook entered the room and the other agent left. Thereafter, Agent Cook and I showed Kuttke our credentials and stated he was not under arrest, was free to leave, and did not have to answer questions at least three separate times during the first few minutes of the interview. In fact, Agent Cook asked Kuttke to move closer to the door so he "could walk out at any time he wanted to" and "that they "were not holding you in here". *Id.* at ¶5. Kuttke moved to the closer seat by door. Agent Cook demonstrated to him how to open the door by pushing the handle out. The photo below is a true and accurate photo from the video form inside the interview room showing Kuttke

3

seated near the door. Agent Cook is seated with the hat and I am on the left side in the



corner.

6. Kuttke was offered water which was sitting on the table in front of him. Kuttke acknowledged that he understood he was not under arrest and was free to leave and did not have to answer questions but opted to stay to find out why police were present. Agent Cook explained to Kuttke that he was not under arrest. In fact, Kuttke verbally acknowledged that he knew he was not under arrest at 2:26 on the video. Thereafter, Kuttke answered questions concerning his computers, his interest in child sexual abuse material and knowledge of file-sharing programs. His answers were responsive to questions which indicated to me that he understood the questions asked of him.

4

7. At no time were voices raised, weapons drawn, force displayed, or threats made toward Kuttke. The interview was conversational with Kuttke laughing and smiling on a few occasions.

Respectfully submitted,

By: _____
Richard Greene
Special Agent
Homeland Security Investigations

5