Date: 1/08/2025    Judge: Alston    Reporter: T. Harris
Time: 11:00 to 11:23

UNITED STATES of AMERICA
      Vs.

Peter Markus Kuttke    1:24-cr-00245
Defendant's Name    Case Number

Brooke Rupert    Alessandra Serano
Counsel for Defendant    Counsel for Government

Matter called for:
( ) Motions    ( ) Setting Trial Date    (✓) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment    ( ) Appeal from USMC    ( ) Sentencing    ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.    ( ) Pre-Indictment Plea    ( ) Other:

Defendant appeared:    (✓) in person    ( ) failed to appear
    (✓) with Counsel    ( ) without counsel    ( ) through counsel

Filed in open court:
( ) Criminal Information    (✓) Plea Agreement    (✓) Statement of Facts    ( ) Waiver of Indictment    (✓) Notice of Right to Appeal Sentence Under Limited Circumstances

Arraignment & Plea:
( ) WFA    ( ) FA    (✓) PG    ( ) PNG    Trial by Jury:    ( ) Demanded    ( ) Waived

Defendant entered a Plea of Guilty as to Count  1 of the Indictment     Plea Accepted (✓)
Defendant directed to USPO for PSI: (✓) Yes    ( ) No
Case continued to 04/9/2025 at 11:00 for: ( ) Jury Trial    ( ) Bench Trial    (✓) Sentencing

Bond Set at: $    ( ) Unsecured    ( ) Surety    ( ) Personal Recognizance
( ) Release Order Entered    ( ) Deft. Remanded    ( ) Deft. Released on Bond    (✓) Deft. Continued on Bond

Defendant is:    ( ) In Custody    ( ) Summons Issued    (✓) On Bond    ( ) Warrant Issued    ( ) 1st appearance