

THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.

10505 Judicial Dr., Suite 100
Fairfax, VA 22030
703-278-0457 • Fax 703-385-1053



January 6, 2025

Re: Markus Kuttke (DOB 7/3/1975)

To whom it may concern,

I am writing on behalf of Mr. Markus Kuttke, who requested that I provide information about his participation in services at The Center for Clinical and Forensic Services, Inc. (CCFS). I have been working with Mr. Kuttke since February 13, 2024, when he was assigned to my caseload. His treatment plan consisted of weekly individual therapy until July 2024, when he started participating in weekly specialized group therapy, with monthly individual therapy; that plan remains in place at present.

From the outset, Mr. Kuttke has been active and engaged in the process. He has accepted responsibility for the behavior which brought him into services and been appropriately remorseful for his actions. Mr. Kuttke attends sessions as scheduled and is receptive to feedback, in both individual and group modalities. He has completed numerous treatment objectives to help him develop a deeper understanding of the factors that contributed to his referral conduct and has shown marked improvement in his insight and ability to discuss relevant topics. At this juncture, Mr. Kuttke continues to be a good candidate for community based intervention and it is recommended that his current treatment plan remain in place.

Sincerely,

Kevin Jones, M.A., LMHC, CSOTP
Clinician