

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

PETER MARKUS KUTTKE,

Defendant.

Case No. 1:24-cr-245

## STATEMENT OF FACTS

The United States and the defendant, PETER MARKUS KUTTKE (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least on or about November 4, 2023 through at least on or about December 1, 2023, in the Eastern District of Virginia and elsewhere, the defendant did knowingly download visual depictions (images and videos) of minors engaged in sexually explicit conduct using internet platforms to include Bit Torrent, including the following files:

   a. File Name: 6252898938c16b149d80aca62d728eed   alena buratino girl man masturbation oral petting ra-07 thc vaginal.mkv

   Description: Prepubescent female orally copulating an adult male penis.

   Source: ubuntu-vm-snapshot-29Nov2023.tar\home\ubuntu\Downloads\cpack4_king_size\buratino\6252898938c16b149d80aca62d728eed   alena buratino girl man masturbation oral petting ra-07 thc vaginal.mkv

   b. File Name: pthc Pedoland Frifam 2010 Licking Both Jess Maddy (Very Hot).avi.part

   Description - two prepubescent female girls engaged in oral sex with each other and use of a dildo on each other.

   Source: ubuntu-vm-snapshot-29Nov2023.tar\home\ubuntu\Downloads\1234156\pthc Pedoland

1

Frifam 2010 Licking Both Jess Maddy (Very Hot).avi.part

c. File Name: (KINGPASS) NEW! 022 Asian - pthc ( tied 8yo Cambodian boom-boom girl fucked + raped by sex-tourist ) hussyfan.mpeg.part

Description: Asian girl, bound legs and hands, being penetrated by an adult male.

Source: ubuntu-vm-snapshot-29Nov2023.tar\home\ubuntu\Downloads\1234156\(KINGPASS) NEW! 022 Asian - pthc ( tied 8yo Cambodian boom-boom girl fucked + raped by sex-tourist ) hussyfan.mpeg.part

d. File Name: 0_4_y_o.avi.part

Source: ubuntu-vm-snapshot-29Nov2023.tar\home\ubuntu\Downloads\хоум мейд\кач\другое\0_4_y_o.avi.part

Description: an approx. 6-8 month child strapped in a car seat where an adult male exposes his penis, adult male penis in her face touch her face. Pacifier in mouth.

e. File Name; 22ef9e8851d7eb939a605e07575fcb67    alena buratino cumshot girl man masturbation thc.mkv

Description: prepubescent female, sleeping, with an adult male rubbing penis on child's face.

2. Defendant saved the above files and other child pornography files on his computer, listed in the forfeiture section of the Indictment. In total, defendant downloaded over 200 videos and over 3000 images of child pornography and saved to his computer.

3. Defendant knew both that these videos and images portrayed a person under the age of 18 and that the minors were engaged in sexually explicit conduct.

4. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States.  It does not include each and every fact known to

2

the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

5. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: Jan. 6, 2025       By: *Alessandra P. Serano*
                                     Alessandra P. Serano
                                     Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, PETER MARKUS KUTTKE, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
PETER MARKUS KUTTKE

I am defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Brooke Rupert, Esq.
Attorney for PETER MARKUS KUTTKE

4