IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:24-cr-245 (RDA) |
| Peter Markus Kuttke, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF RIGHT TO APPEAL SENTENCE UNDER LIMITED CIRCUMSTANCES**

Defendant Peter Markus Kuttke ("Defendant") comes before the Court for the purpose of entering a plea of guilty. In addition to the colloquy regarding the significance of Defendant's guilty plea, the Court, pursuant to Fed. R. Crim P. 32(j)(1)(B), now provides notice to Defendant of the right to appeal Defendant's sentence.

While Defendant has entered into a plea agreement wherein Defendant generally waived Defendant's right to appeal the sentence of the Court, Defendant nevertheless retains the right to obtain appellate review of Defendant's sentence on certain limited grounds, including a sentence outside of the statutorily prescribed maximum, a sentence based on a constitutionally impermissible factor, or circumstances wherein Defendant did not waive this right knowingly and voluntarily.

I, Peter Markus Kuttke, the Defendant, do hereby acknowledge that I understand that I have the right to appeal my sentence under the circumstances referenced herein.

_____
Counsel for Defendant

1/8/25
_____
Date

Alexandria, Virginia
January 8, 2025

_____
Defendant

1/8/25
_____
Date

_____
Rossie D. Alston, Jr.
United States District Judge

FILED IN OPEN COURT
JAN -8 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA