AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

RECEIVED

## for the
### Eastern District of Virginia

United States of America

v.

Peter Kuttke
*Defendant*

)
)
)
)
)

Case No.   1:24-CR-00245 (RDA)

2025 MAR 13 P 2 24

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court  401 Courthouse Square  Alexandria, VA 22314 | Courtroom No.: 1000 |
|---|---|
| | Date and Time:  January 21, 2025 at 9:00AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable):*

(SEAL)

Date:   12/19/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
The United States of America _____ , who requests this subpoena, are:

Alessandra Serano, AUSA
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:23-CR-00245 (RDA)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*


                                          _____
                                                    *Printed name and title*



                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc: