Attachment A:

Letters from Family and Friends

1. Ingrid Kothe
2.  Friedbert Kothe
3. Christian Kuttke
4. Konrad Kuttke
5. Eva Kuttke
6. Marko Westphal
7. Alexander Konetski
8. Paul Schick

Character Letter – *translated by deepl*                          26th February 2025

Dear Honorable Rossie D. Alston, Jr.,

I hope this letter finds you well. I, Ingrid Köthe, am the biological mother of my son Markus Kuttke. I would like to give you an overview of Markus' childhood and youth. Markus grew up very sheltered in the home of his parents and grandparents. From an early age, he was always interested in technical things. He often tinkered with old appliances and bicycles.

At the age of 11, he went on short bike rides with school friends in the surrounding area. ███████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

According to his class teacher, Markus had no problems of any kind during his primary school years. Neither socially nor performance-wise. His class teacher told me that he always offered his help to weaker children, e.g. in swimming lessons. She told me that he was also a great advocate of justice. The primary school teachers recognized Markus' interest in technology and gave him a chemistry set, he was probably 14 years old at the time. In year 7, his class teacher recommended that I enrol Markus at a science-oriented special school. He passed the entrance exam there and was able to successfully complete his Abitur.

From year 10 onwards, Markus was allowed to teach mathematics to pupils at the computer center in Dresden.

During our excursions, hikes and vacations together, he was always preoccupied with the consequences of the Tchernobyl disaster, especially the contamination of forest mushrooms.

While Markus was attending the special school, there was a lot of unrest in East Germany. Reunification was in full swing, which meant that many parents lost their jobs and had to reorient themselves. There was uncertainty, existential fear and high unemployment. This kept Markus busy, as he was constantly asking questions.

Markus spent a lot of his free time working on his PC, constantly modernizing it, cooling it with a built-in fan and making it faster.

In the 10th grade, at the age of about 17, Markus met his future wife at school. She also introduced him to the Mormon Church. He attended the church for her sake and volunteered there. He helped with the children's service and later took on the role of treasurer. After graduating from high school, the couple went to study together in Dortmund. They were also involved in the church there. Two children were born to him during his studies. My son was always able to complete his internships at the Frauenhofer Institute in Dresden and helped me install the heating system during this time. This shows his willingness to help. He never wanted to receive money for this help. After they had both finished their studies in Dortmund, there was still a lot of unemployment in Germany and Markus applied unsuccessfully for many different jobs. The small family was able to move into my house in Dresden temporarily and help me with further building work. Markus finally got a job as a civilian employee with the German army in Dresden and the family moved into their own house a few years later thanks to their thriftiness, grants from grandparents and a loan.

Influenced by Mormon teachings, my daughter-in-law always wanted to have a large family, and three more children were born. Despite the burden of work, the large family and the voluntary work

in the church, I could always rely on Markus' help. We also spent time together every Sunday over lunch here at my house. As Markus also proved to be a reliable and honest person in the Mormon Church, he was called to be the financial secretary.

Markus was able to make friends both in the church and at work. When moving house or working on the PC, he not only helped these friends, but also my girlfriends. He was very specialized and appreciated at his job in Dresden.

Both spouses wanted to go to the USA for a limited period of five years. The children attended the German school there and a total of three of the five children graduated from high school there. My son was a member of the election committee at this school.

Unfortunately, the wife went back to Germany prematurely with the two youngest children and an American girlfriend from the Mormon Church. The marriage was divorced and Markus' ex-wife was able to marry the new female partner.

So that my son's third child could still finish her Abitur at the German school, my son campaigned to extend his stay in the USA. The well-being of his children was always close to his heart. He was always mindful of their advancement and fulfilled their wishes whenever possible and reasonable: the three older children were all able to get their driver's license in the USA and were also given two cars to drive to school. After graduating from high school, the two older children went back to Germany to study, which my son largely financed.

Markus always spent his annual vacation with all his children, even after the divorce. For example, three years ago they went to Italy in a camper van and tent. When he was in Dresden on business trips, he always met up with his children to go to the movies, go shopping or eat out together.

His interests lie not only in the well-being of the people around him, but also in foreign cultures and countries as well as the latest technological developments. He is politically interested and stands up for human rights, equal opportunities and justice, as well as equal opportunities and justice for women. He was critical of the Mormon doctrine that salvation could be bought through large donations and discussed this with his children.

His children have suffered greatly as a result of the divorce. Two of them had to undergo psychiatric treatment for suicidal thoughts and the treatment is still ongoing. It was not easy for Markus to help his children, as he was not yet able to return to Germany. There was still no job available for him.

In 2022, his father died in Dresden and he was the only child to bury him. It was a difficult time for Markus, as his father did not seek contact with him. Markus organized the funeral, cleared out his apartment and contacted other relatives. It was also difficult because Markus' father was found dead in the apartment by the police several weeks later. With the help of his brother, he was able to cope with this huge task.

In 2023, the office in Dresden was finally vacant and an apartment had also been kept free for him. His children were very much looking forward to his return. We are all very shocked and saddened by his crime and hope for a lenient sentence and a speedy return to Dresden.

Thank you very much for reading my letter. If you have any questions, I am available to confirm what I have written here.

Sincerely,
Ingrid Köthe          *Ingrid Köthe*

Dresden, March 08, 2025

Dear Mr. Judge Rossi D. Alston, Jr,

thank you very much for the opportunity to send you a character letter about my brother Mr. Peter Markus Kuttke.

My name is Rolf Friedbert Köthe and I am the younger brother of Markus by 8 years. I have been working as a nurse at the Dresden Municipal Hospital in Saxony in the endoscopy department since 2003. While working, I also completed a bachelor's degree in medical education in Gera, Thuringia. Strictly speaking, Markus and I are half-brothers, but we never emphasize this. I only write it here for the sake of accuracy, so that you can understand the difference between our surnames.

Markus and I lived together in the same household from the time I was born until his marriage in 1997.

I have fond memories of various things that make him unique. He was a great role model for me as a child and teenager. Sometimes so much so that my father criticized me harshly for the way I spoke. Apparently, I imitated Mark's accent and expression. I was ashamed of the fact that my father apparently treated my brother unfairly too, but I was told this after the fact. By this I mean, for example, sending him up the stairs again when he ran down the stairs "too loudly". Or that he was reprimanded at the table when he made me laugh by making faces or jokes. From today's perspective and because I have three sons myself, I can understand my father's behavior somewhat. Markus and Ulrike's wedding in 1997 and the move to Dortmund was a big turning point for me.

In principle, this meant that an important pillar of my childhood and adolescent life was lost. It was difficult for me to discuss certain worries and problems with my grandma or my divorced parents. I was also no longer able to compete with Markus. He taught me essential grips and defense techniques for the martial art of judo. One day, I even had to rely on these skills because I was being bullied by three people of the same age outside the gym.

When his first son Christian was born, the lack of contact between the two of us changed somewhat. We spoke on the phone more often and visited each other over the great distance of 600 km to Dortmund. At first, I couldn't quite believe my new role as uncle and was overwhelmed by the trust placed in me as a teenager. I proudly drove the baby carriage or carried Christian.

After Markus completed his studies at the University of Applied Sciences in Dortmund and Ulrike also finished her musical training, they moved back to Dresden. At first we lived under the same roof. However, this became too cramped, so the young family moved into their own house some time later. In the meantime, I had health problems with manic-depressive episodes. Markus and Ulrike helped me as much as they could so that I could get these problems under control as quickly as possible, in addition to medical support. ██████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████

The next few years were characterized by mutual practical help. I was often unable to have deeper conversations with him because of the many distractions. I was all the more shocked to learn that he also suffered from depression. I couldn't believe it and looked for explanations.

When the Kuttke family decided to go to the USA, I felt like I was back in 1997. At the same time, the distance was even greater. Sporadic visits from my brother and his family did nothing to change this feeling. I regretted the news of the divorce very much, especially in light of our own history with divorced fathers.

Dealing with the death of Markus' father and the associated activities in the apartment, which smelled of decay, was a very profound time for me. I was particularly impressed by the moments alone with him. The conversations in the car to and from his deceased father Peter Kuttke's apartment really got to me. Once he asked me why such things always happen to him. I couldn't fully understand this question at the time and thought he was referring to things like the divorce, his cervical spine operation, a traffic accident in the 90s, his parents' divorce and the feeling of being rejected by his father.

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████

The news of his crime hit me hard. I hope that his sentence will be as light as possible and that he will be transferred to Germany if possible.

Thank you very much for your patience with this letter. Please contact me if you have any further questions.

Yours sincerely

Friedbert Köthe

p.s.: In the appendix you will find labeled pictures to supplement the character letter. ████████████
██████████████████████████████████████████████████

*Markus with grandpa and grandma*



*Markus at winter time with me having fun with slide*

*Markus as a young man*





*wedding of Ulrike and Markus_with our mom and grandma*



*Markus, pregnant Ulrike and me*



*Schaubild 1: Markus and Christian*



*winter time*



*Schaubild 2: eclipse*



*elbe rafting*

*Cobblestone path to the Rossthal pond*







*Rossthal pond,*

Dear Honorable Rossie D. Alston, Jr.:

I am the eldest son of Markus Kuttke and have lived in the family household with Markus until I moved to Germany to start university, in September 2016. I grew up in the care of Markus Kuttke and Ulrike Henkel-Kuttke (now Ulrike Henkel) and lived with the entire family as the oldest of up to 6 siblings, including myself.

I studied Bioinformatics, and the curriculum had Biology, Informatics, and Bioinformatics-specific classes, each with some theoretical foundational lectures and some applied lectures. I found great interest in applied lectures in my curriculum and scored good results especially in a Bioinformatics lab class, where we would process real research data to present statistics and try to find further biological insights. My resourcefulness getting programs to run and using various software tools was noticeable in contrast to most other students. I believe that the proficiency using computer technology is the consequence of Markus enabling me with good experiences exploring new technology and nurturing my curiosity.

I dropped out of university in September 2024, because I could not pass Mathematics exams even with extensive studying. I have since assumed my student job at an optics startup as my full job and do electronic design as well as systems design/compliance/R&d, where I can leverage my curiosity and talents better than at university.

Markus and I video call regularly: I report on current electronics problems I'm working on for work or hobby, and he gives advice additionally to saying how impressed he is that I taught myself detailed concepts. Like when I traveled for work to get a device Electromagnetic Emissions tested, and impressed him with how much I taught myself about regulatory compliance, what intuition I had built about radio frequency electronics, and how well I could socialize with the customer contacts during the work trip. For electronics circuit design problems, I elaborate the problems and my solution to him, and he understands them and often has ideas about how he would solve it. Finally, he gives me things to research if I want to protect or monetize my developed solutions, and how I can profit in a growing startup toward more financial independence.

Before house arrest he visited from time to time and was very proud when he saw a hobby electronics and fabrication workshop I had rented and built up with friends, and was impressed at the amount of drive and talent I exhibit, then parallel to my studies.

I started a freelancing for photo and video production in 2022, first on the side of my full-time university studies, now on the side of my job. In 2023, I had a big job, but had underestimated my costs, timespans and thus the quoted prize and payment to me. I found myself with my bank account overdrawn to the limit and bills due, and Markus generously gave me an interest-free loan that helped me out of this paralyzing and time-critical situation.

Markus recalls my passion for photos and videos which I also had about 10 years ago, when I spent my pocket money on a video-capable DSLR camera, went out to make photos and videos, and edited them on my computer. The computer I grew up with I faintly recall building with my dad, about 15 or 16 years ago. We went to pick up the parts together at a computer store in the city, and then built it at home. To keep disappointment about missing parts at bay, he ran and got the missing parts by himself the same night of building the computer. I also remember Markus buying me a graphics card when I had received the game Portal 2 as a gift and it wouldn't run on my computer. I have no doubt that all of this generous and quick support helped me preserve my joy making highly computer-dependent art.

It certainly also inspired me to now be the person to install technical, maybe work-intensive quality-of-life improvements in our household, such as self-built lighting fixtures, centrally controlled colorful lighting, smart home infrastructure and a multimedia PC that all people in my household now prefer to using the Playstation or Smart TV for video streaming.

In our family life, between my mother and my father, my father Markus was the kindest. In my struggles of growing up, I was often disobedient and I sometimes willfully broke established family rules. My mother would usually respond with disciplinary action, like taking away privileges and restricting activities that I enjoyed. Markus would try to understand where my rule-breaking energy came from, and try to channel it into more productive outlets. For example, he sometimes took me to work to show me unusual computer hardware, in order to inspire me for hobbies. He continued to do that when I was older, and showed me less spectacular, but still interesting things like that. We would also talk about engineering challenges and he explained how they were solved at his work. As I wrote above, we still talk about technology and engineering topics, and other hobbies.

I am happy to say that Markus was also the parent with whom I learned how to drive. Markus not only readily drove me to the DMV and paid for Learner's permit, driving school and teacher, but also endured and coached me on my Learner's Permit driving hours. I remember the driving hours with him fondly, because he would reliably be in a good mood when letting me drive, and still be compassionate and not hurtful after mistakes and dangerous situations. If the situation was too dangerous and stressful, he would finish driving for the trip, but the next day, he would give me a new chance to drive. He also accompanied me while shopping for my first car, letting me take the initiative finding dealerships and talking with the salespeople. We went on a couple of test drives together. He subtly influenced me toward a sensible choice for my first car, and paid it for me. I am often told to be a good driver and I attribute it to the pacience, care and support of Markus.

On Markus' initiative, we learned riding motorcycles together. I understand he liked to ride motorcycles for many years. We had a good time learning the first steps together.

My opinion of Markus does not change in the face of his offense. I know he is capable of change, compassionate, trustworthy and loyal. He readily gave his own time, energy and money to give us children opportunities to get inspired toward productive aspirations and self-growth. It would have been acceptable of him to only fulfill his duties. But because of his high empathy it was easy for him to go the extra mile. Through his words and actions he was a role model to us kids, and I can see that we grew up to be full of empathy, thoughtful and with robust morals.

I can observe that me, and my grown-up siblings have an honorable value system that reliably produces decisions and actions that are beneficial to others and society at large. With my engineering efforts, I aim to make optics accessible for cheaper and more durable, and I help people with learning electronics. My next two younger siblings are both nurses in healthcare. We are celebrated in our respective friend groups, coworkers and acquaintances and I attribute this to high emotional intelligence and skills, having been raised by Markus. Markus' laudable character benefits the people around him and makes society better.


Christian Kuttke

March 20th, 2025

To: **Honorable Rossie D. Alston, Jr.,**

**&**

**Brooke Rupert**
Office of the Federal Public Defender
1650 King Street
Suite 500
Alexandria, Virginia 22314

Honorable Rossie D. Alston, Jr.,

I am Konrad Linus Kuttke, 23 years old, and son of Peter Markus Kuttke and Ulrike Henkel-Conley (formerly Henkel-Kuttke). I am the second oldest of their five biological children. I am currently training to become a registered nurse and I see my future in this profession.

I am writing to you today to tell you about my father, Peter Markus Kuttke, so that you can get a more complete picture of him and his character. I will describe my relationship with him, how he raised me, and my experiences with him.

I have known my father since I was born in Germany in 2001. He was always there for me during my childhood and adolescence. He is still there for me. However, since I have been living back in my home city of Dresden since 2019 and he is obviously still living in the US, we have only been able to talk via video calls for a few years now. Even though he has sometimes visited his home in Dresden after 2019, mostly at Christmas, but also in the summer of 2020, when we went on a road trip with the family through Europe, our relationship has weakened. I miss seeing my father face to face and hugging him. It hurts me to see only through a cell phone how he is alone in the United States and growing older. The last time I saw him in person was when he was in Dresden to take care of his father's apartment and funeral.

I enjoyed a good upbringing. My mother was a housewife for most of my childhood and youth and took care of us children. My father has worked a lot as an IT person in the Bundeswehr (German Armed Forces). But that didn't stop him from always being there for us children and giving us his love and compassion. I remember when he once drove me to primary school on the

moped and I felt like I was the coolest kid in school. On weekends, we often went to festivals, hikes or markets and always did fun things as a family.

As a child, I often rode around the neighborhood on my bike. One afternoon, as I was riding home, I braked too late and dented our family car a little. I was incredibly ashamed. But my father was not angry with me. He checked to see if I was hurt, told me it was okay to make mistakes, and forgave me.

Many years later, when we were already living in the United States, my father taught me, in addition to driving school, of course, to drive both manual and automatic cars. He was always patient and supported me as best he could. In retrospect, I also have a great deal of respect for that, because, as far as I remember, my parents separated during that time, which must have been very difficult for all family members, including my father. Just imagine, as a father living abroad, while the former wife with three children moves more than 4500 miles away, is difficult. Furthermore, to raise a teenage boy (me) so patiently is an impressive achievement.

The car that I then drove on my own was an old 2002 VW Jetta that I'd inherited from my big brother. I liked the car very much and drove it to and from school every day for about 40 minutes. One day, however, I was late with braking again and caused a small rear-end accident. Again, I was very ashamed and overwhelmed by the situation. I called my father and he explained to me how to proceed. He supported me in this new and frightening situation and gave me a sense of security. I am very grateful to him for that.

But I am also grateful to my father for remaining strong even after the separation and for continuing to do great things with my sister Eva and me. We sometimes went hiking, went to museums and much more. During the holidays, we regularly went on trips – to New York, across the Grand Canyon to Canada and a road trip through Memphis and many long roads to Las Vegas for example.

But I also don't want to forget about our vacation in Los Angeles. My father took my sister, my best friend and me to the West Coast. He rented the AirBnB and took us on daily adventures. He always took our wishes and needs into consideration. So, in the last year of high school, I had one of the most beautiful, exciting, but also most relaxing vacations.

Even after I finished high school and was back living in Germany, my father planned a road trip with the family for his vacation back home. He rented an RV and we drove for hours through Bavaria, Switzerland and Italy to the beautiful Lake Garda. That was a time when I was going through a lot of difficulties and I was doing pretty badly. But my father took me on vacation, showed us these beautiful places and we had some deep, long conversations. Among other things, we talked reflectively about our upbringing, and I was

also able to open up about my problems. He always spoke to me empathetically and I have to admit that this vacation at this time, together with the family, helped me a lot.

But since we haven't seen much of each other for a long time, our relationship is characterized by Facetime calls, which are nice, but are no substitute for a real conversation. This has been the case in recent years, and my father has always helped me through video calls, both emotionally, through his advice, but also financially. I imagine that this is a very difficult time for him. He has worked for a large part of his life and built a large family, which he has always taken care of. For a few years now, his family has been thousands of kilometers away and now he is trapped in the United States and can not even work anymore.

I wish to see my father again soon and to be able to hug him again.

I hope you can see that Peter Markus Kuttke was and is a good and caring father to me. I ask you to take into consideration my relationship with him and these experiences and to give him a fair judgment.

Yours sincerely,

Konrad Kuttke

Dear Honourable Rossie D. Alston Jr.,

I am writing this character letter as the daughter of Peter Markus Kuttke, Eva Karolina Kuttke. I have lived with him for 19 years, 7 of which were spent with him as my sole caretaker.

Even during my tumultuous teenage years, he did his best to be the best parent he could be. I saw how hard the separation of my parents was for him, being unable to spend much time with my siblings, as they moved with my mother, yet he made time for them whenever he was able.

One of my favourite memories of my childhood is when Markus took all 5 of us (my oldest brother was off to college) on a road trip around the United States. He meticulously planned the trip beforehand, making sure we had frequent stops to take a break and look at the scenery, as well as a comfortable bed to sleep in every night. We spent weeks making our way west, toward Salt Lake City, where we ended our trip with the Love Loud Festival. With several teenagers and younger children on board, I cannot imagine how stressful it must've been for him, making sure we were all happy and taken care of, yet he managed to still make the trip a wonderful experience for all of us, so much so, that I remember it fondly, years later.

Markus was never hesitant to spend more money, if it meant we could live comfortably. Even with my siblings living  across the Atlantic, he saw great value in remaining a strong and positive presence in their lives, frequently keeping in touch and always finding ways how he could spoil them with gifts for their birthday or Christmas.

Markus provided me with a loving home, even when I rarely showed my gratitude for it. As a teenager I often showed my annoyance with him, and found ways to rebel, yet he never failed to give me a shoulder to cry on, no matter how trivial my issues seemed to him.

While I believe Markus should be adequately punished for his actions, I ask you to consider these other sides as well. He had never laid a hand on any of us, his own children.

Sincerely,

Eva Karolina Kuttke

Marko Westphal                                                                03/10/2025



To The Honorable Judge Rossie D. Alston, Jr.,


I am writing this letter in support of Markus Peter Kuttke, whom I have had the privilege of knowing both professionally and personally for the past seven years. My name is Marko Westphal, and I serve as the Head of IT-Operations in the IT department of the German Armed Forces Liaison Office in Reston, Virginia, where Markus led the Network Operations team. We worked closely together, jointly representing the Director of IT Operations, and over time, our professional relationship evolved into a friendship.

I am aware of Markus's legal situation and his guilty plea. While I respect the seriousness of this matter, I feel compelled to share my experiences with Markus, as they reveal aspects of his character that may not be immediately apparent in the context of his current circumstances.

Markus approaches his responsibilities with exceptional commitment. For example, during a critical system migration in 2023 that affected sensitive military communications, we encountered technical obstacles that threatened the entire operation. Although Markus had long-planned a weekend motorcycle trip with friends, he canceled without hesitation when the crisis emerged. I watched him work tirelessly through the weekend, methodically troubleshooting complex network issues and developing innovative solutions. His intervention not only saved the project but protected vital security infrastructure.

This dedication is not limited to professional emergencies. When I introduced Markus to mountain biking a few years ago, he embraced the learning process with characteristic thoroughness. Before a challenging bike park ride, he spent days researching trail conditions and techniques. During that ride, I watched him face numerous difficult sections – getting back up after each try, adjusting his approach, and persevering despite being new to the sport.

It has always struck me how Markus helps others without expectation of acknowledgment or return. When I was new to our department and struggling with a complex network concept for a time-sensitive project. Despite his own heavy workload, Markus spent several afterhours guiding me and patiently explaining the ins and outs of the broader picture of our network setup.

In both professional and personal life, Markus demonstrates a strong commitment to honesty. At work, he has earned respect for his willingness to identify problems, even when doing so creates additional work or temporary friction. He approaches these situations constructively, focusing on solutions rather than blame.

Markus brings this same level of honesty to his personal interactions. He has been forthright in social situations where a white lie might have been easier. His honest feedback, while direct, is always delivered with consideration for others, which is why I continue to seek his opinion even on sensitive matters.

Over the last seven years, I have come to value Markus not just as a former colleague but as someone whose character has enriched my own. His consistent demonstration of dedication, generosity, integrity reveals the true measure of the man.

The legal matter Markus now faces represents a departure from the character I have observed consistently over that many years. I respectfully ask that when considering Markus's case, you take into account this fuller picture of a man who has positively influenced many lives, including my own, through his unwavering commitment to being of service to others and doing what is right.


Respectfully submitted,

Marko Westphal.

Alexander KONETZKI

March 19th, 2025

**Honorable Rossie D. Alston, Jr.**
Judge of the United States District Court for the Eastern District of Virginia

via email to      Brooke_Rupert@fd.org

Brooke Rupert
Office of the Federal Public Defender
1650 King Street, Suite 500, Alexandria, Virginia 22314

Re: Sentencing of Peter Markus Kuttke, Case No. [1:24-cr-00245]

Dear Honorable Judge Alston, Jr.,

My name is Alexander Konetzki and I work as Chief Information Systems Officer in a NATO agency in France. I hold a Master's degree in Information Technologies and am a public official since December 2005. I am writing on behalf of Peter Markus Kuttke to help the Defender to portray him fairly and completely to the Court. Please excuse my imperfect English, I am not a native speaker.

I was Markus' supervisor from December 2021 until his suspension, the day after his house has been searched. I left the U.S. end of November 2024 as my duty at the German Office of Defense Administration in Reston, VA, ended after 3 years. I have to thank the U.S. and its citizens for the warm welcoming and the very great time my family and I had there.

I met Markus the first time in the U.S. and had a very good professional relationship with him. He is a brilliant IT engineer and has very exceptional skills in network technologies. His primary responsibility was our local and wide area networks. He was also the one who was given the special tasks when it came to implementing new systems or technologies. I always described his acting like the election of the pope – you just had to let him work in peace in his room and wait for the smoke to rise. He found always solutions for the difficult technical problems I asked him to solve.

Markus was very well integrated in the team of our IT-Service Center, consisting of about 15 staff members, located in Reston, VA and Sheppard, TX. He was also well-known and recognized by our customers that are located all over the U.S. and Canada.

During our professional working time, I also learned about his private life and the difficulties that came up. From being a strictly believing husband with kids to finally becoming a divorced prisoner. Even if he is responsible for all this himself, it makes me sad because Markus is a great person. I believe that this change in life circumstances has changed a lot in him and he has had to find his bearings. Unfortunately, he also lost his way in the process.

Markus and I also spent private time together. As he learned that I am a ham radio amateur, he became so interested in this hobby that he decided to take the exam for the license and bought his first radio. While other people have to study months for this license, he took the license exam after a very short preparation time. This underlines his comprehension skills.

Markus loves also riding his motorbike. We had the opportunity to do a road trip together. We spent a fantastic time and shared the hotel rooms. He is a thoughtful rider and on this occasion integrated himself excellently into the 4-headed group. The group learned a lot about American history during this ride, as Markus knows a lot about it and explained historical events and places in detail.

Furthermore, he was always welcome in our house – my wife and our three children always liked his presence. We were even not scared as we learned about his crime. We even thought it would be a big mistake to let him fall as many other people did. We believe that Markus must be punished before the law, but that we must not disrespect him further by excluding and disregarding him and must help him to regain his integration in society.

Even if I am abroad now, I keep in touch with Markus and follow his case close. I also try to help him on a mental level and am always ready to talk to him

Your Honor, please exercise your discretion and limit his time in prison to the minimum. I am certain that he has realized his mistakes and will not make any more missteps in the future. Furthermore, it would be very welcome for him and his family if he could serve his prison term in Germany. I'm also a bit worried about his health and integrity, as Markus is not the type of person who can hold his own in a violent environment. There is probably a kind of hierarchy or class division in the prisons and in view of his crime, he will certainly have a very hard time of it.

Respectfully,

Digitally signed by
KONETZKI,
Alexander
Date: 2025.03.20
08:16:54 +01'00'

Alexander Konetzki

<u>Pictures with Markus</u>



My son ▮▮▮ Markus and me // cleaning the bikes



Paul Schick, me, Markus and Thorsten Peter (our Military Chaplin's assistant) // Bike Tour



Markus, Thorsten Peters, me and Paul Schick // Bike Tour



Markus // Bike Tour - Coffee Break



Markus behind me at a visit of the Shenandoah Caverns – with my family and some coworkers



Markus next to my wife Laura, in ███████████████ and in the back some coworkers.

Paul Schick
March 20th, 2025

**Honorable Rossie D. Alston, Jr.**

Judge of the United States District Court for the Eastern District of Virginia

via email to      Brooke_Rupert@fd.org

Brooke Rupert
Office of the Federal Public Defender
1650 King Street, Suite 500, Alexandria, Virginia 22314

Re: Sentencing of Peter Markus Kuttke, Case No. [1:24-cr-00245]

Dear Honorable Judge Alston, Jr.,

My name is Paul Schick and I have been working as deputy Head of Subsection (IT-Service Centre) in the Office of Federal Defense Administration, located in Reston, VA since September 2022. I thank the United States giving me this great opportunity to be here and I am very grateful for the feeling being welcome, given me by all the people I could get to know during the last two and a half years. I hold my Master's degree in Electrical Technics and I am a civil servant since March 2009. I am writing this letter on behalf of Peter Markus Kuttke to help the Defender to portray him fairly and completely to the Court. Since I am not a native speaker, please excuse my imperfect English.

I came to know Peter Markus Kuttke in the US. As a deputy head of subsection, I worked with him together from September 2022 until his suspension. I know Markus as a very good coworker who works very willingly and accurate. He has a reputation as an always kind and friendly person. That is why he was very integrated in our 15-person-team, and well recognized by our customers, located all over the United States and Canada.

I know Markus also as a very helpful man, too. When I moved in October 2022, I needed a car to pick up my new furniture in the shop and someone to help me to it rig up. Markus offered me his help and his van for pick up and helped me to rig up my furniture. This behavior is not self-evidently for everyone. However, I think, Markus loves to help people.

Markus also loves riding motorbike. I rode together with Markus several times. Moreover, once we vent on a bike tour together with other people. He is a great and regardful bike rider and he integrated himself very well in our group of four, and we had a great time together.

Now I keep in touch with Markus and try to help him on a mental level when I can.

Your Honor, I think Markus did a great mistake and now he had the time to think about how big his mistake was. I feel sorry for him to have that mistake done, and I hope for him that he will be treated and sentenced fairly.

Sincerely,

Paul Schick