Attachment B:

Hunt Report

<u>Under Seal</u>