# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cr-245-RDA |
| | ) | |
| PETER MARKUS KUTTKE, | ) | |
| Defendant | ) | |

### UNOPPOSED MOTION FOR LEAVE TO LATE FILE

COMES NOW counsel for the defendant, Peter Markus Kuttke, and moves this Court for leave to file Defendant's Response in Opposition to Government's Motion to Reimburse Defendant's Federal Public Defender after the time prescribed by the local rules. In support thereof, counsel states as follows:

1.      Mr. Kuttke was charged by Indictment with one count of receipt of child pornography in violation of 18 U.S.C. 2252(a)(2) & (b)(1). His sentencing is set for April 9, 2025.

2.      On March 7, 2025, the Government filed a Motion to Reimburse Defendant's Federal Public Defender. Local Criminal Rule 12 prescribes that a response to any motion shall be filed within fourteen calendar days after the filing of the motion or such other time as may be fixed by the Court.

3.      Upon receipt of the government's motion, undersigned counsel notified chambers and the Government of an intention to file a response. Thereafter, undersigned counsel sought to obtain a copy of an audio recording of Mr. Kuttke's

initial appearance and to research and draft a response. These tasks are now complete but beyond the time prescribed by the rules.

4.      Accordingly, counsel requests leave to file his response after the time prescribed by the local rules.

5.      Undersigned counsel consulted with counsel for the government, Nadia Prinz, and she does not oppose the request.


Respectfully submitted this 7th day of April, 2025.


PETER MARKUS KUTTKE

Geremy Kamens
Federal Public Defender
for the Eastern District of Virginia

_____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA  22314
(703) 600-0800
Brooke_rupert@fd.org