# EXHIBIT A

# Initial Appearance Audio