IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:24-CR-245 |
| ) | Hon. Rossie D. Alston, Jr. |
| PETER MARKUS KUTTKE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF FILING OF DEFENDANT'S LETTER TO THE COURT**

The defendant requests that the Court consider his attached letter to the Court in advance of his sentencing hearing, which is scheduled for April 9, 2025.

Respectfully submitted,

PETER MARKUS KUTTKE
By Counsel

_____/s/_____
Brooke S. Rupert, Va. Bar 79729
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800 (o)
Brooke_Rupert@fd.org

1