Honorable Judge Alston,

I am writing you this letter to reflect my actions and to give you an small maybe more nuanced impression about myself. It is not easy for me to write this letter since English is not my native language.

I appreciate that you handled my case with discretion.

I certainly take responsibility and expect punishment.

I deeply regret my actions, I wish I could delete the entire year of 2023 from my life.

Back in 2023 I had never thought that I come across CSAM with that ease, in that amount and with it's awfulness. Viewing CSAM never interested me. And though I knew it existed and it was and is a nuisance in the Internet, I never came into contact with it or actively pursued it. There is certainly nothing enjoyable about it. I saw it as a strange and toxic phenomenon in the Internet, commercialized, institutionalized content with a high potential for tragedy, destruction and harm.

My own family was a foster family for multiple children of different ages who were survivors of CSA. The stories were touching and soul wrenching. It was rewarding to see those children recover from their deepest trauma in a relatively short period of time when we provided a safe place. The victims were able to smile again and to open up.

But I was always left with lingering questions of how adults could abuse their power against children. It might have been this question, ▮▮▮▮▮▮ media, press or told stories that sensitized me for CA and CSA. Shocked, I followed prominent cases of Elizabeth Smart, Lori Vallow and later Ruby Franke or Tim Ballard. These cases caught my attention because they were all somehow connected to the Mormon church. They all told a story of abuse but also of communities who looked away, corrupted religious leaders and even prosecutors. Years before, I made my own painful exit from this high demand, cult-like religion. I consumed a lot of podcasts and social media via TikTok. The realms of religious abuse, CA, CSA and domestic violence somehow merged. It was heartwrenching to listen to the stories from survivors. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I enjoyed the multitude of different people on TikTok, different thoughts and experiences and ways how they processed their trauma. It helped me to process my own issues.

Likewise, when my family moved to the United States, the internet provided a valuable tool to help us all research and acclimate to a new culture. Social media and personal talks were informative and educational, helping me to understand my new surroundings.

But in the beginning of 2023, I experienced some bad strokes of fate. Worst than I had ever before. Within months, I learned that my daughter was being hospitalized for self-harm and of my father's death in Germany. The experience taking care of my father's

belongings was my so far worst experience and affected me more than I liked to admit. I tried to distract me with my hobbies, work and TikTok.

During this time and in this setting, I came into contact with CSAM. What started as a search unrelated to CSAM or other illegal material ultimately resulted in downloads containing CSAM. I was shocked, but also eerily fascinated by the content that I saw. It was never my intention to get involved into a scene of exchanging CSAM. I was surprised and not prepared how easy it would be to receive such horrific content in such huge amounts in such a short period of time. I did not view all of it, and I am still shocked by the descriptions in the discovery and reports. I was not prepared for the toxicity of CSAM and I did not think about the devastating outcome when coming into contact with it.

In retrospect and compared to the rest of my life, I didn't feel like myself, usually cautious and wary, this time somewhat irrational and delusional. I was under a lot of increasing emotional stress and external pressure. The exceptional psychological situation even manifested in physical symptoms like dizziness, anxiety and depression. I lost my guards. I violated my own standards. I wish I had been stronger and in a better state of mind. It was never and never is my intention to contribute to harm and suffering especially of children. Neither by distribution, promotion, or personal enjoyment.

I read the stories of the CSA survivors in the PSI report and others elsewhere, I listened to them via social media and in person. I saw the damages and also the positive changes in the survivors when they are safe. ██████████████ It touches me, makes me agitated and emotional. I hope the victims in the crimes depicted in the images found help and healing.

I deeply regret my actions. They have been unacceptable and disastrous. I regret my careless and reckless curiosity, the hurt and worry I caused, for the persons in the CSAM, for my family- especially my children - my friends and colleagues. I regret my contribution to an exploitative industry. It was unthoughtful of me to engage in in such actions.

When I came to the United States I surely didn't want to leave as a felon or a sex offender. I wanted to serve my country and see the world. Without any need I caused huge tragedy to the victims and my family. I feel quite vile and useless. I know I have no interest in the real, explicit content of CSAM, but I understand I have violated the law and I have a sentence to serve. Afterwards, I want to return to my country and family. I'd love to continue to serve my country and fight for it, even though that may not be possible anymore. I'd also love to continue to speak out against abuse and violence, like I did in the past.

Reston, 04-06-2025

P. Matsky Mae