IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 24-CR-245 |
| PETER MARKUS KUTTKE | Hon. Rossie D. Alston, Jr. |
| Defendant. | |

## SEALING ORDER

This matter having come before the Court on the defendant's Motion to Seal pursuant to Local Criminal Rule 49(E), and for good cause shown, it is hereby

ORDERED that the defendant's Motion to Seal is GRANTED; it is

FURTHER ORDERED that Defendant's Letter to the Court, filed provisionally under seal with the Court on April 8, 2025, shall be maintained under seal and will remain under seal until unsealed by order of the Court; and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to counsel of record.

ENTERED this ____ day of April, 2025.

_____
Hon. Rossie D. Alston, Jr.
United States District Judge