IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:24-cr-245 (RDA) |
| ) | |
| PETER MARKUS KUTTKE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court following Defendant's Sentencing Hearing on April 9, 2025. Dkt. 47. Accordingly, for the reasons stated from the bench, it is hereby

ORDERED that Defendant shall voluntarily surrender and report to the United States Marshals Service on or before Wednesday, April 23, 2025, no later than 3:00 p.m.

The Clerk is directed to forward copies of this Order to counsel of record, to the United States Marshals Service, and to the Federal Bureau of Prisons.

It is SO ORDERED.

Alexandria, Virginia
April 11, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge