# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.    ) | Docket No. 1:24CR245 |
| ) | Hon. Rossie D. Alston, Jr. |
| **PETER MARKUS KUTTKE,** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S UNOPPOSED MOTION TO
### ADVANCE REPORTING TO THE U.S. MARSHALS SERVICE

COMES NOW the defendant, Peter Markus Kuttke, by counsel, Brooke S. Rupert, Assistant Federal Public Defender, and moves this Honorable Court to advance his reporting date to the U.S. Marshals Service to April 17, 2025, by 3:00pm. In support of this Motion, defendant states as follows:

1. On April 9, 2025, Mr. Kuttke appeared before this Court, the Honorable Rossie D. Alston, Jr. presiding, for sentencing. At that time, this Court sentenced Mr. Kuttke to serve 78 months of incarceration and ordered that Mr. Kuttke could voluntarily surrender to the U.S. Marshals Service at the Alexandria District Courthouse by 3:00pm on April 23, 2025. The Court allowed the delayed surrender date to allow Mr. Kuttke the opportunity to spend time with his family, who had traveled from Germany to support Mr. Kuttke at sentencing as well as help him wind down his affairs in the United States before serving his sentence.

2. Once Mr. Kuttke's family returns to Germany, his personal affairs will be concluded, his apartment will be turned over, and he will have no cause to delay

the service of his sentence any further. As such, Mr. Kuttke believes it easier and more practical to voluntarily surrender just before his family returns to Germany.

3. Undersigned counsel asked the USMS whether Mr. Kuttke could report early for service of his sentence absent a Court order. The USMS indicated that they would prefer a Court order advancing the report date.

4. Mr. Kuttke would request the Court advance his voluntary surrender report date.

5. The government does not oppose this motion.

For the foregoing reasons, Mr. Kuttke respectfully requests that the Court advance his date for surrender to the USMS to April 17, 2025. A proposed order is attached for the Court's convenience.

Respectfully submitted,
PETER MARKUS KUTTKE
By Counsel,
Germany Kamens,
Federal Public Defender

By: _____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
Attorney for Peter Markus Kuttke
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0849 (telephone)
(703) 600-0880 (facsimile)
Brooke_Rupert@fd.org (electronic mail)

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2025, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Nadia Prinz, Esq.
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

By: _____/s/_____
Brooke S. Rupert, 79729
Assistant Federal Public Defender
Attorney for Russel Carlberg
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0849 (telephone)
(703) 600-0880 (facsimile)
Brooke_Rupert@fd.org (electronic mail)