# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **Docket No. 1:24CR245** |
| ) | **Hon. Rossie D. Alston, Jr.** |
| **PETER MARKUS KUTTKE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER ADVANCING REPORTING DATE

Upon consideration of Defendant's Unopposed Motion to Advance Reporting to the U.S. Marshals Service, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED that Mr. Kuttke is directed to report directly to the U.S. Marshals Service on April 17, 2025, no later than 3:00pm; and

FURTHER ORDERED that the Clerk send a copy of this Order to counsel of record.

ENTERED this ___ day of _____, 2025.

_____
Hon. Rossie D. Alston, Jr.
United States District Judge