IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cr-00245 |
| | ) | Hon. Rossie D. Alston, Jr. |
| PETER MARKUS KUTTKE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO ALLOW RETURN OF PASSPORT**

Defendant Peter Markus Kuttke, by undersigned counsel, respectfully requests that the Court enter an order requiring the return of Mr. Kuttke's passport to undersigned counsel upon commencement of Mr. Kuttke's sentence and allowing undersigned counsel to provide Mr. Kuttke's passport to his son, Christian Kuttke. In support of this requested relief, Mr. Kuttke states the following:

1. On November 7, 2024, an indictment was filed against Mr. Kuttke charging him with receipt of child pornography. Mr. Kuttke turned himself in on the arrest warrant on November 14, 2024. At his initial appearance, held on the same day, Mr. Kuttke was ordered released on a personal recognizance bond with conditions. One of the conditions was surrender of Mr. Kuttke's passport. The Probation Office has maintained control of Mr. Kuttke's passport since its surrender on November 14, 2024.

2. On January 8, 2025, Mr. Kuttke pleaded guilty to the single-count Indictment. The Court continued him on his conditions of release and set sentencing for April 9, 2025.

3. On April 9, 2025, this Court sentenced Mr. Kuttke to 78 months and a ten-year term of supervised release. The Court continued Mr. Kuttke on his terms of release until April 23, 2025, at 3pm, at which time Mr. Kuttke is required to voluntarily surrender to the USMS.[1]

4. Now that Mr. Kuttke has been sentenced and will be removed from the United States upon completion of his sentence, Mr. Kuttke requests that his passport be returned upon commencement of his sentence. He requests the return of the passport to undersigned counsel and undersigned counsel will then provide the passport to Mr. Kuttke's son, Christian Kuttke.

5. Counsel for the government, Nadia Prinz, does not oppose Mr. Kuttke's request. Probation Officer Vakida Wilson does not oppose Mr. Kuttke's request.

Accordingly, for these reasons, Mr. Kuttke respectfully requests that the Court order the return of Mr. Kuttke's passport to undersigned counsel, upon commencement of his sentence, and allow undersigned counsel to return Mr. Kuttke's passport to his son.

Dated: April 13, 2025                                                  Respectfully Submitted,

**PETER MARKUS KUTTKE**

By counsel,

Geremy C. Kamens,
Federal Public Defender

By: /s/ Brooke S. Rupert
Brooke S. Rupert, 79729
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King St, Suite 500
Alexandria, VA 22314
703-600-0849
703-600-0880 (fax)
Brooke_Rupert@fd.org

---

[1] Mr. Kuttke has filed an unopposed motion to advance his voluntary surrender date to April 17, which is pending.