IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-CR-00245 |
| | ) | Hon. Rossie D. Alston, Jr. |
| PETER MARKUS KUTTKE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Allow Return of Passport, and for good cause shown, it is hereby

ORDERED that the Probation Office shall return the defendant's passport to defense counsel upon defendant's commencement of his sentence and defense counsel is allowed to provide the passport to Mr. Kuttke's son.

ENTERED on _____ of _____, 2025

_____
Hon. Rossie D. Alston, Jr.