IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:24-cr-245 (RDA) |
| ) | |
| MARKUS KUTTKE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Advance Reporting to the USMS (Dkt. 55) and Motion to Allow Return of Passport (Dkt. 56) ("Motions"). Defendant requests advancement of the date for his surrender to the USMS from April 23, 2025, to April 17, 2025. Defendant also requests the return of his passport to his counsel and that the Court allow counsel to provide the passport to Defendant's son upon the commencement of his sentence. Both Motions are unopposed. Accordingly, for good cause shown, it is hereby

ORDERED that the Motions (Dkts. 55; 56) are GRANTED; and it is

FURTHER ORDERED that Defendant shall voluntarily surrender and report to the United States Marshals Service on or before Thursday, April 17, 2025, no later than 3:00 p.m.; and it is

FURTHER ORDERED that, following Defendant's surrender and commencement of his sentence, the Probation Office shall return Defendant's passport to defense counsel and defense counsel is permitted to provide the passport to Defendant's son, Christian Kuttke.

The Clerk is directed to forward copies of this Order to counsel of record, to the United States Marshals Service, to the Federal Bureau of Prisons, and to the United States Probation Office.

It is SO ORDERED.

Alexandria, Virginia
April 14, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge