IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24CR245 |
| | ) | |
| PETER MARKUS KUTTKE, | ) | Hon. Rossie D. Alston, Jr. |
| Defendant. | ) | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the sealed Order (Doc. 54) entered on the 11th day of April, 2025.

Respectfully submitted on this 25th day of April, 2025.

**PETER MARKUS KUTTKE**
by counsel:

Geremy C. Kamens
Federal Public Defender

by:_____s/_____
Brooke S. Rupert, Va Bar No. 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
brooke_rupert@fd.org