**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** 04/30/25 <br> ✓ First NOA in Case <br> ___ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA   ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** <br> Eastern District of Virginia <br> **Division:** <br> Alexandria <br> **Caption:** <br> US v. Peter Markus Kuttke | **District Case No.:** <br> 1:24-CR-245 <br> **4CCA No(s). for any prior NOA:** <br><br> **4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ✓ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address**-Criminal Case: <br> Peter Markus Kuttke <br> Northern Neck Regional Jail <br> 3908 Richmond Road <br> Warsaw, VA 22572 <br><br> **District Judge:** <br> R. Alston <br><br> **Court Reporter** (list all): <br> T. Harris <br><br><br><br> **Coordinator**: Judith Lanham | **Fee Status:** <br> ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✓ Fee not paid <br> **Criminal Cases:** <br> ✓ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) <br> **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) <br><br> **Sealed Status** (check all that apply): <br> ✓ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |
|---|---|

| **Record Status for Pro Se Appeals** (check any applicable): <br> ___ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable): <br> ✓ Assembled electronic record available upon request <br> ___ Additional sealed record available upon request <br> ___ Paper record or supplement available upon request <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ✓ In-court hearings held – all transcript not on file <br> ___ Other: |
|---|---|

Deputy Clerk: D. Zirk          Phone: 703-299-2101          Date: 04/30/25

10/2022