FILED: May 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4297
(1:24-cr-00245-RDA-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PETER MARKUS KUTTKE

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cr-00245-RDA-1 |
| Date notice of appeal filed in originating court: | 05/21/2025 |
| Appellant | Peter Markus Kuttke |
| Appellate Case Number | 25-4297 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |