FILED: May 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4297
(1:24-cr-00245-RDA-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PETER MARKUS KUTTKE

    Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Public Defender's Office for the Eastern District of Virginia to represent Peter Markus Kuttke in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk