# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style __United States v. Peter Markus Kuttke__
Dist. Ct. No. __1:24-cr-245-RDA__  District __Eastern District of Virginia__
Date Notice of Appeal filed ____04/25/25____  Court of Appeals No. __25-4297__
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) __Tonia Harris, OCR__
Address of Reporter __U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314__

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter and a single order form for all electronic recordings requested, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals. The transcript order form should <u>not include</u> requests for transcripts that are on file or are on order. The completed order form must show that necessary financial arrangements have been made. In CJA cases, counsel must certify that AUTH-24 requests have been submitted through the **district court's eVoucher system** for approval by the district judge. Once the transcript has been prepared, counsel also submits the CJA-24 voucher for payment in the district eVoucher system. For assistance, see District eVoucher Contacts for Transcript Authorization and Payment.

In sentencing appeals, a transcript of the sentencing hearing must be ordered. In <u>Anders</u> appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page. Co-defendants may obtain paper or electronic copies of prepared transcript from the court reporter, co-counsel, or the district court.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A.  This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☑ Sentencing | 4/9/2025 |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☑ Other (specify) | Change-of-plea hearing, 1/8/2025 |

**TOTAL ESTIMATED PAGES** ____85____

B.  ☐ Expedited transcript completion requested within ☐ 14 days ☐ 7 days ☐ 3 days.

C.  I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made as follows:
 ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
 ☐ CJA AUTH-24 request submitted in district eVoucher system.
 ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
 ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
 ☑ Federal Public Defender - no CJA 24 authorization necessary.
 ☐ United States appeal.

D.  Transcript is requested in ☐ paper format ☑ electronic format

Signature __s/ Brooke Sealy Rupert (Fran Pratt)__  Typed Name __Brooke Sealy Rupert, AFPD__
Address __Office of the Federal Public Defender, 1650 King Street, Suite 500, Alexandria, VA 22314__
Email __Brooke_Rupert@fd.org (Fran_Pratt@fd.org)__  Telephone No. __(703) 600-0800__
Date Sent to Reporter____06/25/25____

11/25/2019 CAD