# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 46751511 | Current Institution: | Coleman FCC |
| Inmate Name: | **KUTTKE, PETER** | Housing Unit: | COL-A-C |
| Report Date: | 10/22/2025 | Living Quarters: | A11-940L |
| Report Time: | 3:37:47 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9274 |
| PAC #: | 629378514 |
| Revalidation Date: | 4th |
| FRP Participation Status: | **Participating** |
| Arrived From: | MIM |
| Transferred To: | |
| Account Creation Date: | 6/10/2025 |
| Local Account Activation Date: | 7/3/2025 3:14:13 AM |
| Sort Codes: | |
| Last Account Update: | 10/22/2025 7:06:47 AM |
| Account Status: | Active |
| Phone Balance: | **$1.98** |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $100.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll   ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | **$4.35** |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $3.87 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | **$0.48** |

National 6 Months Deposits: $959.50
National 6 Months Withdrawals: $958.05
Available Funds to be considered for IFRP Payments: $484.50
National 6 Months Avg Daily Balance: $67.84
Local Max. Balance - Prev. 30 Days: $153.28
Average Balance - Prev. 30 Days: $53.84

## Commissary History

### Purchases

Validation Period Purchases: $86.80
YTD Purchases: $86.80
Last Sales Date: 10/14/2025 2:50:36 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: Yes
Bi-Weekly Revalidation: No
Spending Limit: $90.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $90.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

Comments:

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 46751511 | |
| Inmate Name: | KUTTKE, PETER | |
| Report Date: | 10/22/2025 | |
| Report Time: | 3:38:00 PM | |
| Current Institution: | Coleman FCC | |
| Housing Unit: | COL-A-C | |
| Living Quarters: | A11-940L | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/22/2025 7:06:47 AM | Phone Withdrawal | ($3.00) | TFN1022 | | $4.35 |
| 10/21/2025 7:24:06 AM | Phone Withdrawal | ($2.00) | TFN1021 | | $7.35 |
| 10/20/2025 7:48:59 AM | Phone Withdrawal | ($1.00) | TFN1020 | | $9.35 |
| 10/19/2025 7:50:45 AM | Phone Withdrawal | ($2.00) | TFN1019 | | $10.35 |
| 10/18/2025 7:44:20 AM | Phone Withdrawal | ($2.00) | TFN1018 | | $12.35 |
| 10/16/2025 8:05:42 AM | Phone Withdrawal | ($3.00) | TFN1016 | | $14.35 |
| 10/15/2025 7:07:17 AM | Phone Withdrawal | ($4.00) | TFN1015 | | $17.35 |
| 10/14/2025 2:50:36 PM | Sales - Fingerprint | ($25.30) | 150 | | $21.35 |
| 10/14/2025 7:47:02 AM | Phone Withdrawal | ($1.00) | TFN1014 | | $46.65 |
| 10/14/2025 7:03:11 AM | Phone Withdrawal | ($1.00) | TFN1014 | | $47.65 |
| 10/13/2025 9:50:49 AM | Pre-Release Transaction | $15.00 | TL102025 | | |
| 10/13/2025 7:23:02 AM | Phone Withdrawal | ($1.00) | TFN1013 | | $48.65 |
| 10/12/2025 1:24:16 PM | Phone Withdrawal | ($2.00) | TFN1012 | | $49.65 |
| 10/11/2025 7:21:44 AM | Phone Withdrawal | ($3.00) | TFN1011 | | $51.65 |
| 10/11/2025 5:07:36 AM | Lockbox - CD | $3.87 | 70143601 | | $54.65 |
| 10/8/2025 7:08:19 AM | Phone Withdrawal | ($3.00) | TFN1008 | | $50.78 |
| 10/7/2025 7:08:23 AM | Phone Withdrawal | ($2.00) | TFN1007 | | $53.78 |
| 10/6/2025 9:10:48 PM | TRUL Withdrawal | ($10.00) | TL1006 | | $55.78 |
| 10/6/2025 1:31:47 PM | Sales - Fingerprint | ($61.50) | 64 | | $65.78 |
| 10/6/2025 8:51:38 AM | Phone Withdrawal | ($3.00) | TFN1006 | | $127.28 |
| 10/5/2025 2:39:48 PM | TRUL Withdrawal | ($5.00) | TL1005 | | $130.28 |
| 10/5/2025 1:44:57 PM | Phone Withdrawal | ($2.00) | TFN1005 | | $135.28 |
| 10/5/2025 7:30:52 AM | Phone Withdrawal | ($2.00) | TFN1005 | | $137.28 |
| 10/4/2025 6:57:08 PM | TRUL Withdrawal | ($5.00) | TL1004 | | $139.28 |
| 10/2/2025 7:15:58 AM | Inmate Co-pay | ($2.00) | 6ICP1025 | | $144.28 |
| 9/30/2025 8:06:45 AM | Phone Withdrawal | ($1.00) | TFN0930 | | $146.28 |
| 9/30/2025 7:16:57 AM | Phone Withdrawal | ($3.00) | TFN0930 | | $147.28 |
| 9/29/2025 7:23:29 AM | Pre-Release Transaction | ($15.00) | TL092025 | | |
| 9/29/2025 7:08:04 AM | Phone Withdrawal | ($3.00) | TFN0929 | | $150.28 |
| 9/29/2025 7:07:57 AM | Pre-Release Transaction | $0.00 | 33425272 | | |
| 9/29/2025 7:07:57 AM | Money Gram | $150.00 | 33425272 | | $153.28 |
| 9/27/2025 7:23:33 AM | Phone Withdrawal | ($2.00) | TFN0927 | | $3.28 |
| 9/26/2025 7:07:29 AM | Phone Withdrawal | ($2.00) | TFN0926 | | $5.28 |
| 9/25/2025 7:05:29 AM | Phone Withdrawal | ($3.00) | TFN0925 | | $7.28 |
| 9/25/2025 6:57:08 AM | Pre-Release Transaction | $2.00 | TL092025 | | |
| 9/24/2025 8:45:08 AM | TRUL Withdrawal | ($2.00) | TL0924 | | $10.28 |
| 9/23/2025 7:24:18 AM | Phone Withdrawal | ($3.00) | TFN0923 | | $12.28 |
| 9/22/2025 2:40:52 PM | Sales - Fingerprint | ($41.65) | 70 | | $15.28 |
| 9/21/2025 9:29:14 AM | Phone Withdrawal | ($3.00) | TFN0921 | | $56.93 |
| 9/20/2025 7:15:16 AM | Phone Withdrawal | ($2.00) | TFN0920 | | $59.93 |
| 9/19/2025 7:10:17 AM | Phone Withdrawal | ($2.00) | TFN0919 | | $61.93 |
| 9/18/2025 7:22:44 AM | Phone Withdrawal | ($2.00) | TFN0918 | | $63.93 |
| 9/17/2025 7:05:09 AM | Phone Withdrawal | ($3.00) | TFN0917 | | $65.93 |
| 9/15/2025 1:04:59 PM | Sales - Fingerprint | ($10.15) | 130 | | $68.93 |
| 9/15/2025 1:04:36 PM | Sales - Fingerprint | $3.70 | 129 | | $79.08 |
| 9/15/2025 1:00:22 PM | Sales - Fingerprint | ($40.70) | 126 | | $75.38 |
| 9/15/2025 8:03:15 AM | Phone Withdrawal | ($3.00) | TFN0915 | | $116.08 |
| 9/14/2025 7:06:28 AM | Phone Withdrawal | ($3.00) | TFN0914 | | $119.08 |
| 9/13/2025 7:10:04 AM | Phone Withdrawal | ($3.00) | TFN0913 | | $122.08 |
| 9/11/2025 7:44:27 AM | Phone Withdrawal | ($3.00) | TFN0911 | | $125.08 |

1 2 3

## All Transactions

🖨 PRINT

| Inmate Reg #: | 46751511 | Current Institution: | Coleman FCC |
| --- | --- | --- | --- |
| Inmate Name: | KUTTKE, PETER | Housing Unit: | COL-A-C |
| Report Date: | 10/22/2025 | Living Quarters: | A11-940L |
| Report Time: | 3:38:06 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 9/10/2025 7:16:31 AM | Phone Withdrawal | ($3.00) | TFN0910 | | $128.08 |
| 9/9/2025 7:07:00 AM | Phone Withdrawal | ($2.00) | TFN0909 | | $131.08 |
| 9/8/2025 8:47:23 PM | TRUL Withdrawal | ($2.00) | TL0908 | | $133.08 |
| 9/8/2025 7:34:28 AM | Phone Withdrawal | ($2.00) | TFN0908 | | $135.08 |
| 9/7/2025 4:51:40 PM | Pre-Release Transaction | ($2.00) | TL092025 | | |
| 9/6/2025 8:53:35 AM | Phone Withdrawal | ($3.00) | TFN0906 | | $137.08 |
| 9/5/2025 11:58:25 AM | FRP Quarterly Pymt | ($25.00) | 5FRP0925 | | $140.08 |
| 9/5/2025 7:38:51 AM | Phone Withdrawal | ($3.00) | TFN0905 | | $165.08 |
| 9/3/2025 7:17:39 AM | Phone Withdrawal | ($3.00) | TFN0903 | | $168.08 |
| 9/2/2025 2:22:04 PM | Sales - Fingerprint | ($113.00) | 107 | | $171.08 |
| 9/2/2025 11:09:52 AM | Phone Withdrawal | ($2.00) | TFN0902 | | $284.08 |
| 8/31/2025 12:14:37 PM | Phone Withdrawal | ($5.00) | TFN0831 | | $286.08 |
| 8/31/2025 8:37:24 AM | TRUL Withdrawal | ($5.00) | TL0831 | | $291.08 |
| 8/31/2025 7:17:46 AM | Phone Withdrawal | ($1.00) | TFN0831 | | $296.08 |
| 8/30/2025 7:55:04 PM | TRUL Withdrawal | ($5.00) | TL0830 | | $297.08 |
| 8/30/2025 3:06:39 PM | Money Gram | $200.00 | 33425242 | | $302.08 |
| 8/30/2025 12:11:02 PM | Phone Withdrawal | ($1.00) | TFN0830 | | $102.08 |
| 8/30/2025 5:07:39 AM | Lockbox - CD | $30.63 | 70140701 | | $103.08 |
| 8/28/2025 8:31:15 AM | Phone Withdrawal | ($2.00) | TFN0828 | | $72.45 |
| 8/27/2025 6:44:02 PM | TRUL Withdrawal | ($2.00) | TL0827 | | $74.45 |
| 8/25/2025 12:49:57 PM | Sales - Fingerprint | ($57.30) | 43 | | $76.45 |
| 8/24/2025 11:18:36 AM | Phone Withdrawal | ($2.00) | TFN0824 | | $133.75 |
| 8/22/2025 8:40:02 AM | Phone Withdrawal | ($5.00) | TFN0822 | | $135.75 |
| 8/21/2025 1:41:37 PM | TRUL Withdrawal | ($10.00) | TL0821 | | $140.75 |
| 8/21/2025 12:06:42 PM | Money Gram | $150.00 | 33425233 | | $150.75 |
| 8/19/2025 12:00:10 PM | Phone Withdrawal | ($1.00) | TFN0819 | | $0.75 |
| 8/15/2025 7:32:38 AM | Phone Withdrawal | ($1.00) | TFN0815 | | $1.75 |
| 8/14/2025 8:01:38 AM | Phone Withdrawal | ($1.00) | TFN0814 | | $2.75 |
| 8/12/2025 8:34:07 AM | Phone Withdrawal | ($1.00) | TFN0812 | | $3.75 |
| 8/9/2025 7:35:25 AM | Phone Withdrawal | ($1.00) | TFN0809 | | $4.75 |
| 8/7/2025 7:49:05 AM | Phone Withdrawal | ($1.00) | TFN0807 | | $5.75 |
| 8/5/2025 8:39:22 AM | Phone Withdrawal | ($1.00) | TFN0805 | | $6.75 |
| 8/4/2025 1:02:41 PM | Sales - Fingerprint | ($6.65) | 36 | | $7.75 |
| 8/3/2025 5:27:55 PM | TRUL Withdrawal | $1.85 | TL0803 | | $14.40 |
| 8/3/2025 4:24:01 PM | TRUL Withdrawal | ($2.00) | TL0803 | | $12.55 |
| 7/31/2025 7:34:34 AM | Inmate Co-pay | ($2.00) | 5ICP0725 | | $14.55 |
| 7/28/2025 6:28:13 PM | TRUL Withdrawal | ($5.00) | TL0728 | | $16.55 |
| 7/28/2025 2:00:06 PM | Sales - Fingerprint | ($149.20) | 101 | | $21.55 |
| 7/27/2025 7:49:48 AM | Phone Withdrawal | ($2.00) | TFN0727 | | $170.75 |
| 7/23/2025 10:06:14 AM | TRUL Withdrawal | ($2.00) | TL0723 | | $172.75 |
| 7/22/2025 10:55:15 AM | TRUL Withdrawal | ($2.00) | TL0722 | | $174.75 |
| 7/21/2025 2:40:37 PM | TRUL Withdrawal | ($2.00) | TL0721 | | $176.75 |
| 7/21/2025 1:29:30 PM | Sales - Fingerprint | ($103.15) | 93 | | $178.75 |
| 7/20/2025 1:04:14 PM | TRUL Withdrawal | ($2.00) | TL0720 | | $281.90 |
| 7/18/2025 8:34:45 PM | TRUL Withdrawal | ($2.00) | TL0718 | | $283.90 |
| 7/17/2025 6:38:23 PM | TRUL Withdrawal | ($5.00) | TL0717 | | $285.90 |
| 7/16/2025 8:06:29 AM | TRUL Withdrawal | ($5.00) | TL0716 | | $290.90 |
| 7/16/2025 7:10:52 AM | Phone Withdrawal | ($5.00) | TFN0716 | | $295.90 |
| 7/16/2025 7:07:44 AM | Money Gram | $300.00 | 33425197 | | $300.90 |
| 7/15/2025 8:01:06 AM | Phone Withdrawal | ($1.00) | TFN0715 | | $0.90 |

1 2 3

## All Transactions

🖨 PRINT

| Inmate Reg #: | 46751511 | Current Institution: | Coleman FCC |
|---|---|---|---|
| Inmate Name: | KUTTKE, PETER | Housing Unit: | COL-A-C |
| Report Date: | 10/22/2025 | Living Quarters: | A11-940L |
| Report Time: | 3:38:11 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/14/2025 6:29:08 PM | TRUL Withdrawal | $1.20 | TL0714 | | $1.90 |
| 7/14/2025 2:14:59 PM | Phone Withdrawal | ($2.00) | TFN0714 | | $0.70 |
| 7/14/2025 2:10:13 PM | Sales - Fingerprint | ($45.10) | 83 | | $2.70 |
| 7/13/2025 8:13:43 PM | TRUL Withdrawal | ($2.00) | TL0713 | | $47.80 |
| 7/12/2025 1:17:42 PM | TRUL Withdrawal | ($2.00) | TL0712 | | $49.80 |
| 7/12/2025 11:00:59 AM | TRUL Withdrawal | ($2.00) | TL0712 | | $51.80 |
| 7/10/2025 8:24:04 PM | TRUL Withdrawal | ($5.00) | TL0710 | | $53.80 |
| 7/9/2025 2:15:44 PM | Phone Withdrawal | ($5.00) | TFN0709 | | $58.80 |
| 7/8/2025 2:00:21 PM | TRUL Withdrawal | ($5.00) | TL0708 | | $63.80 |
| 7/7/2025 1:56:16 PM | Sales - Fingerprint | ($42.10) | 83 | | $68.80 |
| 7/6/2025 4:06:49 PM | Money Gram | $100.00 | 33425187 | | $110.90 |
| 7/6/2025 8:16:25 AM | Phone Withdrawal | ($2.00) | TFN0706 | | $10.90 |
| 7/3/2025 7:07:55 AM | Phone Withdrawal | ($5.00) | TFN0703 | | $12.90 |
| 7/3/2025 3:14:13 AM | Transfer - In from TRUFACS | $17.90 | TX070325 | | $17.90 |
| 6/26/2025 3:16:31 AM | Transfer - Out to TRUFACS | $0.00 | TX062625 | | $0.00 |

1 2 3