Case 1:24-cr-00245-RDA    Document 71-2    Filed 11/05/25    Page 1 of 1 PageID#

**U.S. POSTAGE PAID**
PM
COLEMAN, FL 33521
OCT 28, 2025

$0.04

RDC 03
S2324H505055-09

22314

From:
Peter Markus Kuttke
Reg. No: 46751-511
FCC Coleman Low
P.O. Box 1031
Coleman, FL. 33521

To: United States District Court for
the Eastern District of Virginia
-Clerk of the Court-
Albert V. Bryan U.S. Courthouse
401 Courthouse Square, 2FL
Alexandria, Va. 22314-5704

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE