AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cr-245 |
| Peter Markus Kuttke | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                          .

Date:    11/19/2025

/s/
*Attorney's signature*

Tony R. Roberts / Texas Bar: 17022000
*Printed name and bar number*

US Attorney's Office - EDVA
2100 Jamieson Ave.
Alexandria, VA 22314
*Address*

tony.roberts@usdoj.gov
*E-mail address*

(703) 299-3783
*Telephone number*

(703) 299-3980
*FAX number*