IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action 1:24-cr-245 (RDA) |
| PETER MARKUS KUTTKE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on Defendant Peter Markus Kuttke's ("Defendant") Motion to Vacate (the "Motion"). Dkt. 71. In the Motion, Defendant moves to vacate his sentence pursuant to 28 U.S.C. § 2255. *Id.* Upon the Court's review of the Motion, it is hereby ORDERED that the Government is DIRECTED to respond to Defendant's Motion (Dkt. 71) on or before Wednesday, January 28, 2026; and it is

FURTHER ORDERED that Defendant Peter Markus Kuttke is DIRECTED to file any reply to the Government's response on or before Wednesday, February 18, 2026.

The Clerk of the Court is directed provide a copy of this Order to all counsel of record and to Defendant and via email to Assistant United States Attorney Tony Roberts.

It is SO ORDERED.

Alexandria, Virginia
December 17, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge