IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action 1:24-cr-245 (RDA) |
| PETER MARKUS KUTTKE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Stay or Dismiss Proceedings (Dkt. 75). The Government requests that the Court stay proceedings related to Defendant's § 2255 Motion until disposition of his pending direct appeal or, in the alternative, dismiss Defendant's § 2255 Motion without prejudice. Having considered the Government's motion, and finding good cause for the relief requested, it is hereby

ORDERED that the Government's Motion to Stay or Dismiss Proceedings (Dkt. 75) is GRANTED; and it is

FURTHER ORDERED that Defendant's § 2255 Motion (Dkt. 71) is STAYED until his direct appeal has been adjudicated and resolved; and it is

FURTHER ORDERED that Defendant's Motion to Communicate per Postal Mail and Extension of Time (Dkt. 74) is DENIED AS MOOT.

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record and to Defendant at his last known address.

It is SO ORDERED.

Alexandria, Virginia
January 28, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge