FILED: March 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4297
(1:24-cr-00245-RDA-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PETER MARKUS KUTTKE

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of counsel for appellant's motion to withdraw as counsel, the court grants the motion.

Notwithstanding the administrative nature of this matter, appellant is entitled to counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1)(H) (providing for representation in cases in which a financially eligible person is "entitled to appointment of counsel under the sixth amendment to the Constitution").

Further, appointment of counsel will facilitate efficient and effective disposition of the appeal on its merits.

Accordingly, the Clerk is directed to appoint substitute counsel in this matter under the Criminal Justice Act.

For the Court

/s/ Nwamaka Anowi, Clerk